**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00853-CR

**SELVIN SANTOS-HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-30682-V**

## ORDER

We **GRANT** the State's October 19, 2016 second motion to extend time to file its brief and

**ORDER** the brief received on October 19, 2016 filed as of the date of this order.

/s/     CRAIG STODDART
JUSTICE